IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re RUSSELL T. ORENT and ) Bankruptcy Case No. 05-52968
TONYA L. ORENT
)

)

## NOTICE OF MOTION FOR ATTORNEY'S APPLICATION
## FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTORS

**Please take notice** that on the 18th day of December, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff in Courtroom 744, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge who may be presiding in said judge's place and stead, and shall then and there move the court for entry of an order in accordance with Attorney's Application for Compensation for Representing Chapter 13 Debtors post confirmation, a copy of which is attached, at which time you may appear if you so desire.

/s/ John S. Graettinger, Jr.
JOHN S. GRAETTINGER, JR.
Illinois ARDC No. 6197736
Attorney for debtors

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of November, 2008, I served a true and correct copy of the above and forgoing notice of motion, Attorney's Application, timesheet, and proposed order on those persons identified below by depositing same in the United States Mail at Chicago, Illinois by 5:00 p.m. with adequate postage thereon to ensure proper delivery.

/s/John S. Graettinger, Jr.
JOHN S. GRAETTINGER, JR.

```
Label Matrix for local noticing          HSBC Mortgage Services                    LVNV Funding LLC assignee of Capital One
0752-1                                   PO Box 21188                              c/o Resurgent Capital Services
Case 05-52968                            Eagan, MN 55121-0188                      PO Box 10587
Northern District of Illinois                                                      Greenville, SC 29603-0587
Chicago
Mon Nov 17 13:35:12 CST 2008

Portfolio Recovery Associates, LLC       eCast Settlement Corporation              U.S. Bankruptcy Court
PO Box 41067                             P.O. BOX 7247-6971                        Eastern Division
Norfolk, VA 23541-1067                   Philadelphia, PA 19170-6971               219 S Dearborn
                                                                                   7th Floor
                                                                                   Chicago, IL 60604-1702

Bank One                                 CACH, BANK ONE                            Canyon Plumbing
Acct # 5298-0010-9390-0031               CACV/CACH of Colorado Collect America     c/o Steven N. Malitz, Esq.
P.O. Box 15298                           370 17th Street Ste 5000                  120 S. Riverside Plaza #1200
Wilmington, DE 19850-5298                Denver, CO 80202-5690                     Chicago, IL 60606-3910

Capital One                              Capital One                               Capital One
Acct # 4388-6421-5907-8347               Acct # 4862-3621-7083-1096                Acct # 4862-3625-0698-9089
P.O. Box 790216                          P.O. Box 790216                           P.O. Box 790216
St. Louis, MO 63179-0216                 St. Louis, MO 63179-0216                  St. Louis, MO 63179-0216

Capital One Bank                         Capital One Bank - 4862-3625-0698-9790    Express
C/O TSYS Debt Management                 C/O TSYS Debt Management                  Acct # 338-670-847
Po Box 5155                              Po Box 5155                               P.O. Box 659728
Norcross, GA 30091-5155                  Norcross, GA 30091-5155                   San Antonio, TX 78265-9728

HSBC Mortgage Services                   HSBC Mortgage Services                    Household Retail
636 Grand Regency Blvd.                  Po Box 21188                              Acct # 966-0332-9525-5114
Brandon, FL 33510-3942                   Eagan, MN 55121                           P.O. Box 17602
                                         Baltimore, MD 21228-0688                  Baltimore, MD 21297-1602

(p)INTERNAL REVENUE SERVICE              JC Penney                                 John Graettinger
CENTRALIZED INSOLVENCY OPERATIONS        Acct # 126-045-131-31                     53 W. Jackson, Ste 950
PO BOX 21126                             P.O. Box 96001                            Chicago, IL 60604-3849
PHILADELPHIA PA 19114-0326               Orlando, FL 32896-0001

LVNV Funding LLC its successors and assigns    MBNA                                Russell & Tonya Orent
as assignee of Citibank USA NA           Acct # 4313-0845-6712-6857                5740 W. 175th Street
c/o Resurgent Capital Services           P.O. Box 15137                            Tinley Park, IL 60477-3084
PO Box 10587                             Wilmington, DE 19886-5137
Greenville, SC  29603-0587

Sears                                    Triad Financial                           Wells Fargo
Acct # 016859685409-6                    Acct # 400-801-0857755-0001               Acct # 08654527
P.O. Box 182149                          7711 Center Ave #100                      P.O. Box 98798
Columbus, OH 43218-2149                  Huntington Beach, CA 92647-3070           Las Vegas, NV 89193-8798

Wells Fargo                              Wells Fargo Financial Illinois, Inc       World Financial Network National Bank
Acct # 29651590                          4137 121st ST                             Express
P.O. Box 98798                           Urbandale, IA 50323-2310                  c/o Weinstein & Riley, P.S.
Las Vegas, NV 89193-8798                                                           2101 Fourth Ave., Suite 900
                                                                                   Seattle, WA 98121-2339
```

eCAST Settlement Corporation
Po Box 35480
Newark, NJ 07193-5480

eCAST Settlement Corporation, assignee of
General Electric/JCP CONSUMER
P.O. Box 35480
Newark, NJ 07193-5480

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Russell T Orent   C/o Susie Orent
5740 W. 175th Street
Tinley Park, IL 60477-3084

Tonya L Orent
5740 W. 175th Street
Tinley Park, IL 60477-3084

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, Pa 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Canyon Plumbing, Inc.

(u)Ecast Settlement Corporation

(u)Household Finance Corporation III

(u)Roadloans, A Division of Triad Financial C

(u)Triad Financial Corp

(d)LVNV Funding LLC assignee of Capital One
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, Va 23541-1067

(d)eCAST Settlement Corporation
Po Box 7247-6971
Philadelphia, PA 19170-0001

End of Label Matrix
Mailable recipients    35
Bypassed recipients     8
Total                  43

Russell Orent
c/o Susie Orent
16760 Olcott Avenue
Tinley Park, IL 60477

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: Russell & Tonya Orent )
) Case No. 05-52968
) Hearing Date: December 18, 2008
Judge  Honorable E. R. Wedoff

**ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**
(Use for cases filed prior to 5/1/07)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:** ☐ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement, using ☑ Option A (flat fee for services through confirmation)
☐ Option B (flat fee for services through case closing).
☐ The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Fees in prior case(s):** ☑ The attorney has not represented the debtor(s) in any prior bankruptcy case.
☐ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid $ _____
Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid $ _____
Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid $ _____

**Fees sought in present case:**
☐ $_____, for services through plan confirmation.
☐ $_____, for services through case closing.
☑ $ 1847.50 , for services after plan confirmation.

**Expense reimbursement:**  $ 60.30 , Expenses must be detailed on an attached sheet.
Provide a separate entry for each expense stating the nature of the expense, date incurred, and total charge. Entries for photocopying must include the charge per page.

**Payment received directly from debtor:** ☑ None   ☐ $ _____.

**Compensation previously awarded:** ☐ None
☑ a total of $ 20,984 , pursuant to order(s) entered on the following dates:
12 Jan 2006; 16 Feb 2006; 22 Mar 2007; & 20 March 2008

**Plan payments:**  $ 1,100  for  22  months.

**Secured debt:** ☐ None  ☐ home mortgage(s) in default  ☐ motor vehicle loans
☑ Other: home mortgage not in default & Chevy Suburban .

**Unsecured debt:**  _____ No. of claims:  13   Total amount: 20,809.28
To be paid under plan  100 %

**Professional time expended:**  7.39  attorney hours;  0  paraprofessional hours.

**Itemization of time:** ☐ Not Submitted  ☑ Attached to this application.

**Hourly rates:** $ 250  attorney; $ _____ paraprofessional.

**Date of Application:** 18 Nov 2008   Attorney's signature: /s/ John S. Graettinger, Jr.
John S. Graettinger, Jr. ARDC # 6197736
53 W. Jackson, Ste 950, Chicago, IL 60604

Form No. 23, revised 05/09/06

**Calculation of Fee Balance to Be Paid by Trustee**

$2,394.00  - fees and costs allowed — fee order dated 12 Jan 2006
$9,527.70  - fees and costs allowed — fee order dated 16 Feb 2006
$4,620.00  - fees and costs allowed — fee order dated 22 March 2007
$4,442.50  -  fees and costs allowed — fee order dated 20 March 2008
$1,907.80 – fees and cost requested in this application
**$22,892.00**  -  Total fees and costs

   (5,010)    payment from client funds account from pre-filing deposit by debtor's mother of fees and costs through confirmation ($2,394) and portion of fees and costs allowed by 16 February 0rder ($2,616) (payment of pre confirmation fees and costs not referenced in 16 Feb fee order)
   (7,150)    payments by Chapter 13 Trustee applied directly to approved fees and costs through payment dated January 19, 2007
   238.30    repayment by applicant of overpayment (placed in client funds account)
   (788.30)    payment to approved bill from client funds
   (2081.20)    payments to approved bill from trustee
   (1750.50)    payment to approved bill from client funds
   (2,404.00)    payment to approved bill from client funds
   (1,100.00)    payments to approved bill from trustee
   (938.50)    payment from client funds from part of trustee payment
(**-20,984.00**)  Total Payments on approved fees and costs

**(1,907.80)**    Unpaid balance

   1,806.10  Client funds balance
(portion of Trustee payments 21 July 2008 & 28 October 2008)

**$1,806.10**    Portion of approved fees to be paid from client's funds
**$   101.70**    Portion of approved fees to be paid by Trustee

# JOHN S. GRAETTINGER, JR.

ATTORNEY AT LAW
SUITE 950
53 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

October 29, 2008

Russell T & Tonya L. Orent
5740 W. 175th Street
Tinley Park IL 60477

*In Reference To:*  In re Orent
Case No. 05-52968
United States Bankruptcy Court
Northern District of Illinois

Invoice # 3769
Professional services

| | Hrs/Rate | Amount |
|---|---|---|
| 2/25/2008 review fax from HFC counsel re non-production of documents and reply; .1 | 0.10<br>250.00/hr | 25.00 |
| 2/26/2008 long conversation with Russ re pending divorce action between him and Tonya and my need to withdraw if they could not agree on instructions to me or if I see a conflict; .4  email to Tonya and Russ re trustee's estimate of balance of plan payments and re not participating in any way in divorce proceeding and re status of discovery with HFC .2 | 0.60<br>250.00/hr | 150.00 |
| 2/28/2008 hearing before Judge Wedoff on motion to compel responses to interrogatories and requests for production; .5 | 0.50<br>250.00/hr | 125.00 |
| 3/13/2008 draft motion to dismiss for lack of compliance with Court's order of February 28th, notice of motion, and proposed order; | 0.70<br>250.00/hr | 175.00 |

Russell T & Tonya L. Orent                                                                    Page  2

|  | Hrs/Rate | Amount |
|---|---|---|
| 3/18/2008 email from Russell re fixed rate mortgage; reply re court does not have authority at this time to modify home mortgage; .1 | 0.13<br>250.00/hr | 32.50 |
| 3/19/2008 prepare for fee app hearing; .2  prepare for motion to dismiss hearing; .1 | 0.32<br>250.00/hr | 80.00 |
| 3/20/2008 hearing before Judge Wedoff on application for compensation and on motion to dismiss contested proceeding for HFC's failure to comply with discovery; .8 | 0.80<br>250.00/hr | 200.00 |
| 3/25/2008 long conversation with Russell Orent re effect of order of dismissal and re standing of Canyon; .4 | 0.40<br>250.00/hr | 100.00 |
| 3/27/2008 status hearing before Judge Doyle for Judge Wedoff on stay motion - continued to April 10th; .5 | 0.50<br>250.00/hr | 125.00 |
| 3/31/2008 initial review of letter from HSBC with note and alleged schedule of payments and charges; .2  email to clients re reviewing and giving changes; .1 | 0.26<br>250.00/hr | 65.00 |
| 4/4/2008 email to attorney for HSBC re failure to comply with settlement agreement by delivering attorney's fees; .1  email to clients re needing to push motion for sanctions of dismissal for failure to comply with discovery; .1 | 0.20<br>250.00/hr | 50.00 |
| 4/10/2008 appear before Judge Wedoff on pending motion for relief from stay and for sanctions and present agreed order resolving both motions; | 0.40<br>250.00/hr | 100.00 |
| 7/8/2008 email from client re not understanding notices re transfer of claim; long email in reply explaining procedure and significance of such assignments and impact on clients as debtors in this case; | 0.20<br>250.00/hr | 50.00 |

Russell T & Tonya L. Orent                                                                                    Page  3

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/15/2008 review notice from trustee re default; forward to clients; .1 | 0.09<br>250.00/hr | 22.50 |
| 9/17/2008 review and forward trustee's notion to dismiss to clients .1 | 0.10<br>250.00/hr | 25.00 |
| 9/23/2008 call from Russell Orent re arrearage; leave return voicemail re that he and Mrs. Orent must come up with the money before the hearing; .1 | 0.10<br>250.00/hr | 25.00 |
| 9/25/2008 voicemail from Russell Orent; return call and leave substantive message .1 | 0.10<br>250.00/hr | 25.00 |
| 9/26/2008 long conversation with Russell re impact of not paying trustee; .1  email to Tonya and Russell re importance of paying trustee; .1 | 0.20<br>250.00/hr | 50.00 |
| 9/29/2008 conversation with Russell Orent re sending $1650; email to Tonya Orent re whether she will do the same; .1 | 0.10<br>250.00/hr | 25.00 |
| 9/30/2008 review email from Tonya re disputing who is supposed to pay; .1  check local rule for withdrawing as counsel; .1  email to clients re needing to withdraw; 1 | 0.22<br>250.00/hr | 55.00 |
| 10/1/2008 conversation with trustee re continuing until 23rd in exchange for partial payment mailed today; .1  confirming e-mail to trustee; confirming e-mail to clients; .1 | 0.21<br>250.00/hr | 52.50 |
| 10/3/2008 determine ND ILL rule on conflicts of interest; .2  draft motion to withdraw based on conflict;and bankruptcy local rule;  .3 | 0.64<br>250.00/hr | 160.00 |
| 10/16/2008 appear before Judge Wedoff on motion to withdraw as counsel; .3  long email to former clients re contact information for trustee and re continued hearing being on October 23rd at 10:00 am on trustee's motion to dismiss and enclosing trustee's records of | 0.52<br>250.00/hr | 130.00 |

Russell T & Tonya L. Orent                                                                                        Page  4

|  | Hrs/Rate | Amount |
|---|---|---|
| payments and balances; .2 | | |
| For professional services rendered | 7.39 | $1,847.50 |
| Additional charges: | | |
| 2/29/2008 429 photocopies for fee application | | 42.90 |
| Postage, fee application to interested persons | | 17.40 |
| Total costs | | $60.30 |
| Total amount of this bill | | $1,907.80 |
| Previous balance | | $4,992.50 |
| 3/21/2008 Fees disallowed by court | | ($550.00) |
| 3/21/2008 Pay Bill with Client Funds Pursuant to Fee Order | | ($2,404.00) |
| 4/23/2008 Payment - thank you. Check No. 192907 | | ($550.00) |
| 6/23/2008 Payment - thank you. Check No. 197338 | | ($550.00) |
| 7/23/2008 Pay Bill with Client Funds | | ($938.50) |
| Total payments and adjustments | | ($4,992.50) |
| Balance due | | $1,907.80 |

| | |
|---|---|
| Previous balance of Client funds | $2,404.00 |
| 3/21/2008 Pay Bill with Client Funds Pursuant to Fee Order | ($2,404.00) |
| 4/4/2008 attorney's fees on motion for discovery sanctions from HFC counsel | $175.00 |
| 7/21/2008 Trustee payment. Check No. 199549 | $1,028.50 |
| 7/23/2008 Pay Bill with Client Funds | ($938.50) |
| 10/28/2008 Payment from Trustee | $1,541.10 |
| New balance of Client funds | $1,806.10 |