## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Orent, Russell T

Orent, Tonya L

Printed: 01/06/09

Case Number:  05 B 52968

Judge:  Wedoff, Eugene R

Filed:  10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 26, 2008

Confirmed:  January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,400.00 |  |
| Secured: |  | 17,011.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 18,335.70 |
| Trustee Fee: |  | 2,052.59 |
| Other Funds: |  | 0.00 |
| Totals: | 37,400.00 | 37,400.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gardiner Koch & Hines | Administrative | 20,416.70 | 18,335.70 |
| 2. | Gardiner Koch & Hines | Administrative | 1,832.80 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Canyon Plumbing | Secured | 0.00 | 0.00 |
| 5. | Triad Financial Services | Secured | 19,264.31 | 12,499.58 |
| 6. | HSBC Mortgage Services | Secured | 7,779.87 | 4,512.13 |
| 7. | Capital One | Unsecured | 382.60 | 0.00 |
| 8. | Wells Fargo Financial | Unsecured | 1,009.72 | 0.00 |
| 9. | Wells Fargo Financial | Unsecured | 1,270.53 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 313.89 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,100.40 | 0.00 |
| 12. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 13. | Capital One | Unsecured | 465.77 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 640.75 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 6,975.35 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,878.11 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 4,245.77 | 0.00 |
| 18. | Capital One | Unsecured | 951.51 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 2,047.30 | 0.00 |
| 20. | World Financial Network Nat'l | Unsecured | 346.50 | 0.00 |
| 21. | Sears Consumer Finance | Unsecured | No Claim Filed |  |
| 22. | Canyon Plumbing | Unsecured | No Claim Filed |  |
|  |  |  | $ 70,921.88 | $ 35,347.41 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Orent, Russell T

Orent, Tonya L

Printed: 01/06/09

Case Number:  05 B 52968

Judge:  Wedoff, Eugene R

Filed:  10/13/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 423.49 |
| 5% | 55.00 |
| 4.8% | 369.60 |
| 5.4% | 772.20 |
| 6.5% | 214.50 |
| 6.6% | 217.80 |
| | $ 2,052.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

